No. 11-5694. A. M., Jr., Petitioner v. Mental Health Board of the 11th Judicial District.

565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 7090.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 281 Neb. 482, 797 N.W.2d 233.

No. 11-5695. LaTonya Chiree Moore, Petitioner v. United States.

565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 6896.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 419 Fed. Appx. 1001.

No. 11-5698. Michael S. Arnold, Petitioner v. Ohio.

565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 6869.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

No. 11-5699. Stevie Wayne Johnson, Petitioner v. United States.

565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 6975,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5701. Jeremy Allen Crozier, Petitioner v. United States, et al.

565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 7068.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5702. Ricardo Mendez Contreras, Petitioner v. Kelly Harrington, Warden.

565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 7095.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5709. Michael Andrew Miller, Petitioner v. John Fayram, Warden.

565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 6833.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 416 Fed. Appx. 577.

No. 11-5710. Marvin Cortez Estrada, Petitioner v. United States.

565 U.S. 919, 132 S. Ct. 342, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 6776.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 390.